UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23055-JLK-BECERRA

ROCKSOLID GRANIT (USA), INC.,

    Plaintiff,

v.

MJM CONSULTING, INC., MICHAEL R.
MOFFITT, individually and as a representative of
MJM CONSULTING, INC., JANICE R. MOFFITT
individually and as a representative of MJM
CONSULTING, INC., and Does 1-100,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S OBJECTIONS
TO REPORT AND RECOMMENDATION AND STAYING CASE**

THIS MATTER is before the Court on Plaintiff's Objections (DE 54), filed on April 25, 2022, to Magistrate Judge Jacqueline Becerra's Report and Recommendation, ("R&R") entered April 11, 2022 (DE 53).

Magistrate Judge Becerra recommends staying this action pursuant to 11 U.S.C. § 362(a) in light of the Notice of Death of Defendant Michael R. Moffit (DE 48) filed March 19, 2022, and the Suggestions of Bankruptcy of Defendants Janice R. Moffitt and MGM Consulting (DEs 50, 51) both filed March 23, 2022.

Plaintiff's Objections were timely filed within the applicable 14-day period. Plaintiff argues that Magistrate Judge Becerra erred in (1) recommending to stay the action against the remaining Defendants with respect to the pending Motion for Contempt (DE 20) because a public policy exception exists to the automatic stay provision of § 362(a), and (2) Plaintiff argues that the automatic stay does not apply to the Estate of Mr. Moffitt and seeks to join the Estate into this action. Defendants respond only in their counsel's Motion to Withdraw (DE 55) stating

that "Magistrate Judge Becerra's Report and Recommendation should be affirmed and adopted." *Id.* ¶ 10.

Considering Plaintiff's Objections, the Court reviews the R&R *de novo*. 28 U.S.C § 636(b)(1). A *de novo* review requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990) (quoting H.R. 1609, 94th Cong., § 2 (1976)).

The Court finds that Magistrate Judge Becerra did not err in finding that given the Suggestions of Bankruptcy, this matter must be stayed. R&R at 3. The Court further finds that Magistrate Judge Becerra also did not err in finding that "there is no relief that Plaintiff seeks from this Court as to nonbankrupt debtors [at this time] . . . ." *Id*. Therefore, a staying the case is appropriate.

The Court has considered these objections and the pleadings. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R (DE 53) accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Plaintiff's Objections **(DE 54)** to Magistrate Judge Becerra's Report and Recommendation are hereby **DENIED;**
2. Magistrate Judge Jacqueline Becerra's April 11, 2022 Report and Recommendation **(DE 53)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;
3. This action is **STAYED** pursuant to 11 U.S.C. § 362(a);
4. The Parties are directed to **NOTIFY** the Court at the conclusion of the bankruptcy proceedings;
5. All currently pending motions are hereby **DENIED AS MOOT**; and

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of May, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Magistrate Judge Jacqueline Becerra**
**The Clerk of Court**
**All counsel of record**